DAVID M. RAYNOR ET UX. v. JEFFERSON STANDARD LIFE INSURANCE COMPANY.

(Filed 16 March, 1927.)

**Appeal and Error—Division as to Opinion—Judgments.**

Where the Justices of the Supreme Court are equally divided in their opinions on appeal, the judgment of the Superior Court will be affirmed.

CONNOR, J., not sitting.

APPEAL by defendant from *Devin, J.,* at September Term, 1926, of SAMPSON.

Civil action to recover disability benefits under a policy of insurance issued by the defendant to plaintiffs.

From a verdict and judgment in favor of the feme plaintiff, the defendant appeals, assigning errors.

*H. E. Faison, R. D. Johnson and Faircloth & Fisher for plaintiffs.*
*Butler & Herring and Brooks, Parker, Smith & Hayes for defendant.*

PER CURIAM. The Court being evenly divided in opinion, *Connor, J.,* not sitting, the judgment of the lower court is affirmed and stands, according to the uniform practice of appellate courts, as the decision in this case, but without becoming a precedent. *Jenkins v. Lumber Co.,* 187 N. C., 864.

No error.